No. 02–9855. DARBY v. FRANK, SECRETARY, WISCONSIN DEPARTMENT OF CORRECTIONS, ET AL. Ct. App. Wis. Certiorari denied.

No. 02–9857. DORSEY v. JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 02–9861. DEDEAUX v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 02–9862. DRASAR v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–9865. JONES v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 02–9866. MYERS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–9870. MILLER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–9871. METTERS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 02–9874. LAZARD v. LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 02–9882. MEDINA v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 02–9885. BRANCH v. TEXAS; and BRANCH v. COURT OF APPEALS OF TEXAS, FIFTH DISTRICT. Ct. Crim. App. Tex. Certiorari denied.

No. 02–9893. YOVEV v. CALIFORNIA FAIR PLAN ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9899. BUI PHU XUAN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9900. TURNER v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.